IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:17CR02 |
| | ) | |
| BILLY WAYNE CHENEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AUTHORIZING PROCEEDING TRANSCRIPTION

The Defendant, by and through his attorney of record, has motioned this court for authorization and payment of proceeding transcript.

IT IS HEREBY ORDERED that the transcript of the following proceeding and the reasonable costs thereof are APPROVED, subject to voucher CJA-24 submission:

2) Probation Revocation Hearing, on or about July 17, 2014, case number 6:05CR00033-1, in the Southern District of Georgia.

SO, ORDERED this 21st day of June, 2017.

Magistrate Judge G. R. Smith
US District Court, Southern District of GA

Prepared by:
W. Keith Barber
18 South Main Street
Statesboro, GA 30458